# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN AHEARN, | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 19-3012 |
| BJ'S WHOLESALE CLUB, INC., | |
| Defendant. | |

## ORDER

**AND NOW** this 18th day of March, 2020, upon consideration of the Motion to Dismiss by Defendants BJ's Wholesale Club, Inc. (BJ's) and Sean Breslin (collectively, "Defendants") (Doc. No. 12), Plaintiff's Response (Doc. No. 15), and Defendants' Reply (Doc. No. 18), it is hereby **ORDERED** that the Motion is **DENIED** and the case is **REMANDED** to the Court of Common Pleas for Philadelphia County as set forth in the accompanying Memorandum Opinion. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**